UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNAMARIE OTHBERG,

      Plaintiff,

v.                                     Case No: 8:16-cv-247-T-36AEP

FRIENDS BUSINESS ENTERPRISE ONE
LLC and FRIENDS BUSINESS
ENTERPRISE TWO LLC,

      Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on August 9, 2016 (Doc. 36).   In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant the parties' Joint Stipulation and Motion to Approve Settlement and for Dismissal with Prejudice (Doc. 35) and that the settlement agreement be accepted, adopted, and approved by the Court.   All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 36) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The parties' Joint Stipulation and Motion to Approve Settlement and for Dismissal with Prejudice (Doc. 35) is **GRANTED.** The Settlement (Doc. 35 - Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are ordered to comply with the terms of the settlement agreement.

(3)    This action is **DISMISSED**, with prejudice.

(4)    The Clerk is directed to terminate all pending deadlines and close this file.

**DONE AND ORDERED** in Tampa, Florida on August 29, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record

2